

# Fourth Court of Appeals
## San Antonio, Texas

March 19, 2018

No. 04-17-00504-CV

**CUANTO ANTES MEJOR, LLC** and M.E. Phillip,
Appellants

v.

**EOG RESOURCES, INC.,**
Appellee

From the 81st Judicial District Court, Karnes County, Texas
Trial Court No. 15-12-00277-CVK
Honorable Donna S. Rayes, Judge Presiding

# O R D E R

The Appellant's Motion for Leave to File Post-Submission Brief in Response to Appellee's Post-Submission Brief is hereby GRANTED.

**PER CURIAM**

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court